CHRISTOPHER HAWKINS
NAME
209124II
PRISON NUMBER

1173 Front Street
CURRENT ADDRESS OR PLACE OF CONFINEMENT

San Diego, CA, 92101,
CITY, STATE, ZIP CODE

FILED

Jun 14 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ JenniferS        DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER HAWKINS ,
(FULL NAME OF PETITIONER)

**PETITIONER**

v.

GORE ,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

**RESPONDENT**

and

XAVIER BECCERA ,
The Attorney General of the State of
California, Additional Respondent.

Civil No    **'21CV1119 BAS BGS**
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: _____
   San Diego Superior Court
2. Date of judgment of conviction: Awaiting Trial on An Unlawful Extortion
3. Trial court case number of the judgment of conviction being challenged: _____
   SCD-288450
4. Length of sentence: 2 YRS And Counting.

CIV 68 (Rev. Oct. 2015)

5. Sentence start date and projected release date: *UNLAWFUL DETENTION*

6. Offense(s) for which you were convicted or pleaded guilty (all counts): *AWAITING TRIAL*

7. What was your plea? (CHECK ONE)
   (a) Not guilty          ☒
   (b) Guilty              ☐
   (c) Nolo contendere     ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury               ☒
   (b) Judge only ☐

9. Did you testify at the trial?
   ☐ Yes   ☒ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☒ Yes   ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: *SUMMARY DENIAL "NOT ENTITLED TO HABEAS RELIEF".*
    (b) Date of result (if known): _____
    (c) Case number and citation (if known): *D078327*

    (d) Grounds raised on direct appeal: *RIGHT TO A SPEEDY TRIAL CONTINUES TO BE REPEATEDLY VIOLATED AND THE DEFENDANT HAS NOT WAIVED ANY OF HIS RIGHTS UNDER 1382, 1050, 977 (c).*

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: *SAME*
    (b) Date of result (if known): _____
    (c) Case number and citation (if known): _____

    (d) Grounds raised: *SAME*

**13.** If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

   (a) Result: _____

   (b) Date of result (if known): _____

   (c) Case number and citation (if known): _____

   _____

   (d) Grounds raised: _____

   _____

   _____

   _____

## COLLATERAL REVIEW IN STATE COURT

**14.** Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
☒ Yes   ☐ No

**15.** If your answer to #14 was "Yes," give the following information:

   (a) **California Superior Court** Case Number (if known): *SCD-288450*

   (b) Nature of proceeding: *1382 Motion to Dismiss*

   (c) Grounds raised: *Due Process Violation under PC 1382.*

   _____

   _____

   (d) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes   ☒ No

   (e) Result: _____

   (f) Date of result (if known): _____

**16.** Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
☒ Yes   ☐ No

17. If your answer to #16 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number (if known):_____

    (b) Nature of proceeding: _____

        _____

    (c) Grounds raised: _____

        _____

        _____

        _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No

    (e) Result: _____

    (f) Date of result (if known): _____

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☐ Yes  ☒ No

19. If your answer to #18 was "Yes," give the following information:

    (a) **California Supreme Court** Case Number (if known):_____

    (b) Nature of proceeding: _____

        _____

    (c) Grounds raised: _____

        _____

        _____

        _____

        _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?

        ☐ Yes  ☒ No

    (e) Result: _____

    (f) Date of result (if known): _____

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

_____

_____

_____

_____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
☒ Yes  ☐ No          (IF "YES" SKIP TO #22)
 (a) If no, in what federal court was the prior action filed? _____
  (i) What was the prior case number? _____
  (ii) Was the prior action (CHECK ONE):
    ☐ Denied on the merits?
    ☐ Dismissed for procedural reasons?
  (iii) Date of decision: _____
 (b) Were any of the issues in this current petition also raised in the prior federal petition?
    ☐ Yes ☒ No

 (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
    ☐ Yes ☒ No

---

**CAUTION:**

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies by presenting your claims to the California Supreme Court. Even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you do not present all your grounds for challenging a specific judgment in this Petition, you may not be able to present additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must say what your attorney did wrong or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. **State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground.** (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

   (a) **GROUND ONE**: _DUE PROCESS RIGHTS_
   _Right to A SPEEDY TRIAL_

   **Supporting FACTS**: _I HAVE BEEN DENIED MY RIGHT to SPEEDY TRIAL PAST the 60 DAYS without my CONSENT AND without good CAUSE AND without Consent of WAIVER. Such Delay HAS PREJUDICED MY CASE. NO HEARING HAS BEEN HELD AS PERSCRIBED BY PENAL CODE 1050 AND Put on the RECORD the FACTS that Justify the Finding of good Cause to Justify A DELAY IN MY TRIAL._

   **Did you raise GROUND ONE in the California Supreme Court?**

   ☒ Yes ☐ No.

   If yes, answer the following:

   (1)  Nature of proceeding (i.e., petition for review, habeas petition): _HABEAS / REVIEW_

   (2)  Case number or citation: _____

   (3)  Result (attach a copy of the court's opinion or order if available): _____

CIV 68 (Rev. Oct. 2015)

**(b) GROUND TWO:** Ineffective Assistance

**Supporting FACTS:** Counsel has denied my right to a speedy trial past the 60 days allowed by law without my consent and without good cause and without waiver and giving even more delay to a case that has started in 8-24-2019. No hearing has been held as prescribed by 1050 and put on the record the facts that justify good cause to justify a delay in my 7th scheduled trial date. Counsel has failed to object to defendants speedy trial rights being violated and has refused to file a 1382 motion after being very specifically requested multiple times.

**Did you raise GROUND TWO in the California Supreme Court?**

☐ Yes ☒ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): _____

(2) Case number or citation: _____

(3) Result (attach a copy of the court's opinion or order if available): _____

**(c) GROUND THREE:** _DUE PROCESS_
_RIGHT to A SPEEDY TRIAL_

**Supporting FACTS:** ON 9-23-20 DEFENDANT BECAME PRO-SE ON CASE # SCD-283104 AND CASE WAS DISMISSED ON 12-17-20 AND RE-FILED AS SCD-288450, ON BOTH CASES THE DEFENDANT HAS not WAIVED ANY OF HIS RIGHTS AND HAS FILED THE 1382 MOTION REPEATEDLY AND WAS DENIED BY OFFICE OF ASSIGNED Counsel MANY TIMES AS WELL AS THE COURT REFUSEING to FILE STAMP AND PROCESS DEFENDANTS motions THAT WERE MAILED DIRECTLY to THE COURT IN AN ATTEMPT to STOP OFFICE OF ASSIGNED Counsel to LIMIT AND AVERAGE DEFENDANTS ACCESS to THE COURT, EVEN AFTER DEFENDANTS RIGHTS to FILE MOTIONS WERE VIOLATED OFFICE OF ASSIGNED Counsel REFUSED THE DEFENDANTS MANY WRITTEN REQUEST to CALENDER A MOTION HEARING WITH THE COURT ON BOTH CASES (AGEING IN EXCESS OF 30 to 40 MOTIONS to PILE UP FOR MONTHS AS THE COURT ALSO REFUSED to RULE ON THE MANY 1382 motions SUBMITTED AT EVERY HEARING AND DENYING MULTIPLE ORAL motions to DISMISS COMPLETELY REFUSEING to Follow ANY LAW WHATSOEVER EVEN THRU HABEAS DEFENDANTS RIGHTS to RETIRE HAVE AND STILL Continue to BE DENIED WHAT IS ENTITLED.

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☒ No.

    If yes, answer the following:

    (1)    Nature of proceeding (i.e., petition for review, habeas petition): _____

    (2)    Case number or citation: _____

    (3)    Result (attach a copy of the court's opinion or order if available):

**(d)** **GROUND FOUR:** P.C. 1382, Due Process, Right to A Speedy Trial.

**Supporting FACTS:** On 12-17-20 the Court Dismissed the Complaint / Information, one day later it was re-filed however no re-arrest or release was performed and there is no sworn police report for a complaint or information to issue. Since no arrest has been performed the defendant was technically not in custody, An un reasonable delay between the one and only arrest on 8-24-19 has converted the lawful arrest into an unlawful detention. Without the re-arrest on the re-filing defendants 60 day speedy trial rights have also been violated because the defendant has been held in violation of the statutory guidelines which enables defendant to petition for release by writ of habeas for being held beyond P.C. 825 limits.

People v. Wilson (1963) 60 C2d 139 152.

**Did you raise GROUND FOUR in the California Supreme Court?**

☒ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): Habeas / Review

(2) Case number or citation: _____

(3) Result (attach a copy of the court's opinion or order if available): Summary Denial

**23.** Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?

☒ Yes   ☐ No

**24.** If your answer to #23 is "Yes," give the following information:

    (a)  Name of Court: _____*All*_____

    (b)  Case Number: _____

    (c)  Date action filed: _____

    (d)  Nature of proceeding: _____

    (e)  Grounds raised: _____

    (f)  Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes   ☐ No

**25.** Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a)  At preliminary hearing: _____*PRo-SE*_____

    (b)  At arraignment and plea: _____*PRo-SE*_____

    (c)  At trial: _____

    (d)  At sentencing: _____

    (e)  On appeal: _____

    (f)  In any post-conviction proceeding: _____

    (g)  On appeal from any adverse ruling in a post-conviction proceeding: _____

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☒ No

   (a)  If so, give name and location of court that imposed sentence to be served in the future:

     _____

   (b)  Give date and length of the future sentence: _____

     _____

   (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☐ Yes  ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____

*6-9-21*

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

| *6-9-21* | |
|---|---|
| (DATE) | SIGNATURE OF PETITIONER |

Christian House

Rockwell

[illegible address]

San Diego, CA [illegible]

United States District Court

Southern District

333 West Broadway, Suite [illegible]

San Diego, CA 92101



RECEIVED

JUN 1 4 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY